IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Valente Nevarez, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **FILED: SEPTEMBER 4, 2008** |
| vs ) | **08CV5039** |
| ) 08- | **JUDGE ST.EVE** |
| Deputies Tony Anderson, Charles Weygand, ) | **MAGISTRATE JUDGE VALDEZ** |
| Kye Denault, Shannon Styles and Derek ) | **AEE** |
| Vicich of the LaSalle County Sheriff's ) | |
| Department, Thomas Templeton, LaSalle ) | |
| County Sheriff, Shift Supervisor Andrew ) | |
| Evans, Arthur Preci, Jail Superintendent, ) | |
| Health Professional, Ltd. and the County of ) | |
| LaSalle. ) | **PLAINTIFF DEMANDS** |
| ) | **TRIAL BY JURY** |
| Defendants. ) | |

**COMPLAINT**

NOW COMES the Plaintiff, Valente Nevarez, by his attorneys, Fabricius, Koenig & Lindig, and for his Complaint against the above named Defendants, alleges and states as follows:

1. This is a civil action seeking damages against Defendants for committing acts, under color of law, which deprived Plaintiff of rights secured by the Constitution and laws of the United States; for conspiring for the purpose of impeding and hindering the due course of justice, with the intent to deny Plaintiff of equal protection of laws; and for refusing or neglecting to prevent such deprivations and denials to Plaintiff. The Court has jurisdiction of this action under 42 U.S.C. Section 1983 and 28 U.S.C. Section 1343.

2. The Court also has jurisdiction under 28 U.S.C. Section 1331.

3. Plaintiff, Valente Nevarez, is a citizen and resident of the City of Chicago, State of Illinois and the United States of America.

1

4. At all relevant times Defendant, Tony Anderson, Charles Weygand, Kye Denault, Shannon Styles and Derek Vicich were deputy jailers employed by the County of LaSalle Sheriff's Department.

5. Plaintiff sues each and every Defendant in both their individual and official capacity.

6. At all times material to this Complaint, Defendants, Tony Anderson, Charles Weygand, Kye Denault, Shannon Styles, Derek Vicich and Thomas Templeton, acted under color of the statutes, customs, ordinances and usage of the State of Illinois, County of LaSalle and the LaSalle County Sheriff's Department and jail.

## COUNT I

1. That on or about September 10, 2006, the Plaintiff was a resident in the LaSalle County Jail located at 707 East Etna Road in the City of Ottawa, County of LaSalle and State of Illinois.

2. That at approximately 7:30 p.m. Deputies Charles Weygand, Tony Anderson, Kye Denault, Charles Styles, Derek Vicich and Andrew Evans entered the cell pod in which the Plaintiff was located to break up an alleged fight.

3. That at the aforesaid time and place Deputy Tony Anderson attacked the Plaintiff grabbed him causing injury to his right hand and little finger.

4. That the Plaintiff was x-rayed that day but not taken for further treatment until September 19, 2006 because the Defendant, Health Care Professionals, Ltd., thru their assigned doctor, decided immediate treatment was not necessary.

5. That as a result of the assault by Tony Anderson as alleged herein, the Plaintiff suffered permanent injury to his right hand, including an inability to flex and move parts of his hand, discoloration of the hand, permanent pain, limited use and range of motion.

6. That as a result of the assault the Plaintiff was treated ultimately at St. Mary's Hospital in Streator, Illinois where in incurred medical bills.

7. That the Plaintiff was not afforded adequate and necessary medical care at the time of the injury but instead was not treated until approximately nine days after the incident.

8. As a result of the concerted unlawful and malicious physical abuse of Plaintiff, Defendant, Anderson, intentionally, or with deliberate indifference and callous disregard of Plaintiff's rights and physical safety, deprived Plaintiff of his right to equal protection of the law and Defendants, Weygand, Denault, Styles, Vicich and Andrew Evans deprived Plaintiff of his right to equal protection of the laws and impeded the due course of justice, in violation of the Fourth and Fourteenth Amendments of the Constitution of the United States and 42 U.S.C. Section 1983.

9. The actions of the Defendants were racially motivated in that the Plaintiff is of Hispanic race and origin. The Defendants herein are white. On information and belief of Plaintiff, assault and attack was racially motivated and, in any case, was not necessary for proper law enforcement and violated the rights of the Plaintiff to equal protection of the laws in violation of the Fourteenth Amendment.

WHEREFORE, Plaintiff, Valente Nevarez, demands Judgment against Defendants, Charles Weygand, Tony Anderson, Kye Denault, Shannon Styles, Derek Vicich and Andrew Evans, jointly and severally, for compensatory damages in the amount of $100,000.00 and further demands

Judgment against each of said Defendants, jointly and severally, for punitive damages in the amount of $100,000.00, plus cost of this action and such other relief as the Court deems just and equitable.

## COUNT II

1-9.  Plaintiff restates and realleges paragraphs 1-9 as and for paragraphs 1-9 for Count II and hereby incorporates them in said Count II as though fully set forth herein.

10.  That all time relevant to this Complaint, Defendants, were deputies of the LaSalle County Sheriff's Department acting under the direction and control of Thomas Templeton, the Sheriff of LaSalle County, and Arthur Preci, Jail Superintendent.

11.  Acting under color of law and pursuant to official policy or custom, Defendants, Thomas Templeton and Arthur Preci, knowingly, recklessly, and with deliberate indifference and callous disregard of Plaintiff's rights failed to instruct, supervise, control and discipline on a continuing basis Defendant deputy officers in their duties to refrain from: (1) unlawfully and maliciously harassing a citizen who was acting in accordance with his constitutional and statutory rights, privileges and immunities; (2) unlawfully and maliciously arresting, imprisoning and prosecuting a citizen who was acting in accordance with his constitutional and statutory rights, privileges and immunities; (3) Unlawfully and maliciously assaulting and beating a citizen or otherwise using unreasonable and excessive force before, during or after the making of an arrest, whether the arrest was lawful or unlawful; (4) conspiring to violate the rights, privileges and immunities guaranteed to the Plaintiff by the Constitution and laws of the United States and the laws of the States of Illinois; and (5) failed to provide adequate medical treatment for his injuries; (6) otherwise depriving Plaintiff of his constitutional and statutory rights, privileges and immunities.

12.  Defendant, Thomas Templeton, LaSalle County Sheriff, and Arthur Preci, Jail Superintendent, had knowledge or, had they diligently exercised their duty to instruct, supervise,

control and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done, as heretofore alleged, were about to be committed. Defendants, Thomas Templeton, LaSalle County Sheriff, and Arthur Preci, Jail Superintendent, had power to prevent or aid in preventing the commission of said wrongs and could have done so by reasonable diligence, and knowingly, recklessly, or with deliberated indifference and callous disregard of Plaintiff's rights failed or refused to do so.

13. Defendants, Thomas Templeton, LaSalle County Sheriff and Arthur Preci, LaSalle County Jail Superintendent, directly or indirectly, under color of law, approved and ratified the unlawful, deliberate, malicious, reckless and wanton conduct of Defendant deputies offers heretofore described.

14. That Health Professionals, Ltd., was hired to provide medical treatment for LaSalle County jail inmates and by and through their employers and agents whose names are not known as of this filing, failed to provide adequate medical treatment to the Plaintiff.

15. As a direct and proximate cause of the acts of Defendant as set forth herein, Plaintiff suffered physical injury, loss of income, medical expenses and severe mental anguish in connection with the deprivation of his constitutional and statutory rights guaranteed by the Fourth, Fifth and Fourteenth Amendments of the Constitution of the United States and protected by 42 U.S.C. 1983.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally and against the LaSalle County Sheriff, Thomas Templeton, and Jail Superintendent, Arthur Preci, for compensatory damages in the amount of $100,000.00 and further demands judgment against each of said Defendants, Thomas Templeton and Arthur Preci, individually and in official capacity, for punitive damages in the amount of

$100,000.00, plus cost of this action and such other relief as the Court deems just and equitable.

_____
Valente Nevarez, Plaintiff

## VERIFICATION

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF LASALLE   )

Valente Nevarez, being first duly sworn on oath, deposes and states that he is the Plaintiff in the above captioned cause, that he has read the foregoing Complaint and that the facts stated therein are true and correct to the best of his knowledge and belief.

_____
Valente Nevarez, Plaintiff

SUBSCRIBED AND SWORN TO before me this 27 day of August, 2008.

_____
Notary Public

Official Seal
Alan Howarter
Notary Public State of Illinois
My Commission Expires 02/21/2012

Attorney Alan Howarter
FABRICIUS, KOENIG & LINDIG
320 West Jefferson Street - Suite 200
Ottawa, Illinois   61350
815/433-5400
ARDC No. 1271369